U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2017

TONY R. MOORE, CLERK
BY: ___MB___
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| RACATAC PRODUCTS, INC., | : | Case No.: 16-CV-507-DDD-CBW |
| Plaintiff | : | |
| versus | : | Judge: CHIEF JUDGE DEE D. DRELL |
| DURIO, MCGOFFIN, STAGG & ACKERMANN, A PROFESSIONAL CORPORATION, | : | Magistrate Judge: CAROL B. WHITEHURST |
| Defendant | : | |

### JUDGMENT OF DISMISSAL

Considering the Unopposed Motion to Dismiss with Prejudice filed by Plaintiff Racatac Products, Inc.,

IT IS HEREBY ORDERED that the above-entitled and –numbered suit against Defendant Durio, McGoffin, Stagg and Ackermann, a Professional Corporation be, and is hereby, finally dismissed with full prejudice to all rights of Plaintiff Racatac Products, Inc.

IT IS FURTHER ORDERED that any costs of court are to be paid by the party who incurred them.

SIGNED on this 12TH day of JANUARY, 2017, at ALEXANDRIA, Louisiana.

_____
JUDGE

1469595.v1